In the Matter of GEORGE ART, Appellant, v. CITY COURT OF THE CITY OF ROCHESTER et al., Respondents.—

Present — Goldman, P. J., Del Vecchio, Witmer, Gabrielli and Bastow, JJ.